# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CHAD NEAL                                                    PLAINTIFF
ADC #663224

v.                          No. 4:21-cv-888-DPM

JOHN STALEY, Sheriff,
Lonoke County, and KRISTI
FLUD, Jail Administrator,
Lonoke County                                        DEFENDANTS

## JUDGMENT

Neal's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 November 2021