IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHAD NEAL                                                                                         PLAINTIFF
ADC #663224

v.                                         No. 4:21-cv-888-DPM

JOHN STALEY, Sheriff,
Lonoke County, and KRISTI
FLUD, Jail Administrator,
Lonoke County                                                                          DEFENDANTS

ORDER

Neal's motion to dismiss, *Doc. 6*, is denied as moot. The case was dismissed on 22 November 2021.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 December 2021